IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANKLIN O. WALLACE, III,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

CIVIL ACTION
NO. 15-1618

**FILED**
SEP 18 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this 15 day of September, 2017, upon careful and independent consideration of the Plaintiff's Motion for Summary Judgment and Request for Review, and after careful review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, and the objections filed thereto, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Plaintiff's Motion for Summary Judgment and Request for Review is **DENIED**.

**BY THE COURT:**

Jeffrey L. Schmehl, J.

9-18-17 e-mail